HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
553 South Marengo Avenue
Pasadena, California 91101
Telephone: (213) 204-4200

HARBAUGH LAW, PC
Craig Harbaugh (SBN 194309)
Email: craig@harbaugh.law
360 East Second Street, Suite 800
Los Angeles, California 90012
Telephone: (213) 986-8656

Counsel for Julian Pulido

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 25CR-00147-FLA-1 |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| JULIAN PULIDO (1), | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that all proceedings in this matter be stayed until such time as funding is fully restored for the defense function under the Criminal Justice Act. This includes, but is not limited to, the process by which the defense presents mitigation information to the Department of Justice as part of the death-authorization process.

Dated: October __, 2025

_____
HON. FERNANDO L. AENLLE-ROCHA
United States District Judge