HARBAUGH LAW, PC
Craig Harbaugh (SBN 194309)
Email: craig@harbaugh.law
360 East Second Street, Suite 800
Los Angeles, California 90012
Telephone: (213) 986-8656

HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
553 South Marengo Avenue
Pasadena, California 91101
Telephone: (213) 204-4200

Counsel for Julian Pulido

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JULIAN PULIDO,<br><br>             Defendant. | No. 25-cr-00147-FLA-1<br><br>**DEFENDANT PULIDO'S NOTICE OF WITHDRAWAL OF EMERGENCY EX PARTE APPLICATION TO STAY PROCEEDINGS** |

Defendant Julian Pulido, through counsel of record, Craig Harbaugh and John Hanusz, hereby gives notice of withdrawal of the previously filed Emergency *Ex Parte* Application for Order to Stay Proceedings; Memorandum of Points and Authorities; Declaration of Counsel (ECF No. 52).

Dated: October 9, 2025                    Respectfully submitted,

                                          *s/ Craig Harbaugh*
                                          Craig Harbaugh

                                          Counsel for Julian Pulido

---

DEFENDANT PULIDO'S NOTICE OF WITHDRAWAL OF EMERGENCY EX PARTE APPLICATION TO STAY PROCEEDINGS